

MARTIN C. CARLSON
United States Attorney
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney
Wm. J. Nealon Federal Building
Scranton, PA 18503
Attorneys for Plaintiff
Phone: 570-348-2800

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | 1:CV-00-1531 |
| vs. | : | |
| | : | (Judge Caldwell) |
| | : | |
| TERESA E. SUAREZ, | : | |
| Defendant. | : | BILL OF COSTS |

FILED
SCRANTON
MAR - 7 2002
PER ___
DEPUTY CLERK

Judgment having been entered in the above-entitled action on the 12th day of December, 2000, against Teresa E. Suarez, Writ of Execution having been issued on the 19th day of March, 2001, and the property having been sold on the 27th day of February, 2002, the Clerk is requested to tax the following Bill of Costs relating to the sale of that property:

United States Attorney costs:

    Docket Fee----------------------------------$  150.00
    Filing Judgment, local courts--------------$   19.50
    Bringdown Search---------------------------$   75.00

United States Marshal costs:

    Notice of Sale-----------------------------$   20.00
    Service of Writ of Execution/Posting-------$   63.35
    Costs for Selling Property (Mileage)-------$  104.60
    Notices to Lienholders---------------------$   24.00

Advertising:

    Lebanon Daily News
    February 1, 8, & 15, 2002------------------$  577.65

TOTAL COSTS TO U.S. GOVERNMENT-----------------$ 1,034.10

I, J. Justin Blewitt, Jr., Assistant U.S. Attorney, do hereby swear that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed to:

Teresa E. Suarez
1719 W. Loughlin Drive
Chandler, AZ 85224

with postage fully prepaid thereon.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 6th day of March, 2002.

MARTIN C. CARLSON
United States Attorney

J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney