

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,         :
                                  :
        Plaintiff,                :
                                  :   Civil Action 1:CV-00-1531
Vs.                               :   (Judge Caldwell)
                                  :
TERESA A. SUAREZ,                 :
                                  :
        Defendants,               :

FILED
SCRANTON
MAR 1 9 2002

**JUDGMENT**    PER _____
                   DEPUTY CLERK

Pursuant to the Judgment entered December 12, 2000, and the provisions of Rule 54(d)(1), Federal Rules of Civil Procedure, costs are hereby taxed against Teresa A. Suarez, and in favor of the United States Attorney in the amount of $1,034.10.

ATTEST:

_____
MARY E. D'ANDREA
Clerk of Court