Case No: 1:00-cv-1531   Document No: 17,   1 Copy Printed: Mar, 20, 2002  01:43 PM



Teresa E. Suarez
1219 W. Loughlin
Chandler, AZ 852

**FILED
SCRANTON
APR 1 0 2002
PER _____
DEPUTY CLERK**

The U. S. District C
established a Fax/I
To participate in th
and judgments by
authorization form

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148
OFFICIAL BUSINESS